UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                              |   |                                      |
|------------------------------|---|--------------------------------------|
| UNITED STATES OF AMERICA,    | ) |                                      |
|                              | ) |                                      |
| v.                           | ) | Criminal Action No. 12-10204-RGS     |
|                              | ) |                                      |
| VIRGILIO ROSA,               | ) |                                      |
|                              | ) |                                      |
| Defendant.                   | ) |                                      |

MEMORANDUM AND ORDER ON MOTION TO RECONSIDER DETENTION ORDER

September 14, 2012

SOROKIN, C.M.J.

Defendant Rosa moves for reconsideration of the Order of Detention Pending Trial. In support of the motion, defendant highlights the facts previously offered and submits an appraisal of the defendant's parents' property in Puerto Rico. At the initial detention the Court declined to consider the offer of the parents' property due to lack of information regarding the property in various respects including its value. Recording of July 19, 2012 at approximately 2:09 p.m. The newly submitted appraisal indicates a value of $49,200. Docket # 37-1 at 2.

In light of the appraisal, the Court considers the property as security as part of the mix of conditions offered by the defendant. Nonetheless, after a careful review and consideration of the original order of detention (both oral and written), the relevant facts bearing on detention, the applicable law, the Pretrial Services Report, and defendant's submissions and arguments, the Court finds the government continues to meet its burdens of proof as described in the original

1

written order of detention for the reasons stated therein.  Accordingly, the Motion for

Reconsideration (#37) is DENIED.


                                         /s/ Leo T. Sorokin
                                         LEO T. SOROKIN
                                         United States Magistrate Judge